Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
FEB - 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

SARKIS BOYAGDIAN,

    Petitioner,

v.

K.M. POWERS, Warden,

    Respondent.

NO. CV 06-1205-RSWL (RCF)

JUDGMENT

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: Feb 5 2008

RONALD S.W. LEW

_____
RONALD S. W. LEW
UNITED STATES DISTRICT JUDGE